**Electronically Filed
Supreme Court
SCPW-25-0000051
01-APR-2025
08:08 AM
Dkt. 15 ODDP**

SCPW-25-0000051

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE PAUL H. GANTT,
Petitioner

---

ORIGINAL PROCEEDING
(Civil No. 5CC131000166)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.;
Circuit Judge Remigio, in place of Ginoza, J., recused, and
Circuit Judge Morikone, in place of Devens, J., recused)

On January 28, 2025, Petitioner submitted a letter which was filed as a petition for writ of mandamus. We are not persuaded that the petition has established a clear and indisputable right to the relief requested, nor a lack of alternative means to seek the relief requested. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023) (providing that a petition for mandamus relief must establish a clear and indisputable right to the relief requested

and a lack of other means to redress adequately the alleged wrong or to obtain the requested action.).

The petition is denied.  The clerk of the appellate court shall process the petition without payment of the filing fee.

DATED:  Honolulu, Hawaiʻi, April 1, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Catherine H. Remigio

/s/ Kevin T. Morikone

2